# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D17-4237
1D18-1513

_____

RICHARD HENDRICKSON,

    Appellant,

    v.

WILLIAM P. CERVONE, ROBERT E.
WILLIS, DANIEL SLAUGHTER,
PATRICK CARDASCO, WINDY
PONCE (SNODGRASS), RENNA
BROCK, JENNIFER ANN FLINN,
DANIEL SWEELEY, and ROBERT
SHULTZ, III,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

October 8, 2019

PER CURIAM.

    AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Richard Hendrickson, pro se, Appellant.

Robert B. Buchanan of Siboni & Buchanan, PLLC, Ocala, for Appellees, William Cervone, Robert Willis, Renna Brock, and Jennifer Ann Flinn; Jeffrey D. Slanker, Michael P. Spellman, Matthew J. Carson, and Dawn P. Whitehurst of Sniffen & Spellman, P.A., Tallahassee, for Appellees, Daniel Slaughter, Patrick Cardasco, Windy Ponce (Snodgrass), and Robert Schultz, III; and W. Kevin Bledsoe, Assistant County Attorney, DeLand, for Appellee, Daniel Sweeley.